IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CREWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER MICHAEL RESNICK | : | |
| MAYOR MICHAEL NUTTER | : | |
| MAYOR JAMES KENNEY | : | NO. 16-0978 |

### ORDER

**AND NOW**, this 29th day of November, 2016, upon consideration of Plaintiff's complaint (Doc. No. 6) and Defendants' motion to dismiss (Doc. No. 7), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED**:

1. Defendants' motion to dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED**.

2. Plaintiff is given leave to amend his complaint to cure the deficiencies outlined in the Memorandum Opinion. Plaintiff shall file an amended complaint **by or before December 30, 2016.**

3. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

BY THE COURT:

_____
**MITCHELL S. GOLDBERG**
**United States District Judge**